ACCEPTED
06-15-00133-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 8:31:03 AM
DEBBIE AUTREY
CLERK

# TENTH SUPREME JUDICIAL DISTRICT OF TEXAS

| | | |
|---|---|---|
| **BRANDON BERNARD BATTLE** | § | |
| **Appellant** | § | FILED IN |
| | § | **NO. 06-15-00133-CR** |
| **VS.** | § | 12/18/2015 8:31:03 AM |
| | § | DEBBIE AUTREY |
| **THE STATE OF TEXAS** | § | Clerk |
| **Appellee** | § | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

## STATE'S MOTION FOR EXTENSION OF TIME
## TO FILE A BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes the State of Texas, by and through the District Attorney for the 220th Judicial District, and presents this motion for an extension of time to file the State's Brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

The Appellant's Brief was filed on or about November 19, 2015. Appellee's Brief in this case is due on December 21, 2015.

The State is requesting an extension of 45 days from December 21, 2015. State's Brief would be due on February 4, 2016.

Since November 19, 2015, the undersigned has had the following events:

1.     Jury trial in Bosque County in the State of Texas vs. Julio Cesar Velasquez, Cause Number CR14977 on November 16-17, 2015.

2.     Court appearances in Bosque County on November 23, 2015, Comanche County on November 24, 2015 and Hamilton County on November 25, 2015.

3.     Court appearances in Bosque County on November 30, 2015 and Comanche

County on December 1, 2015.

4.      Comanche County plea deadline date on December 1, 2015.

5.      Court appearance in Comanche County on December 8, 2015.

6.      Preparation for Hamilton Grand Jury December 7-11, 2015.

7.      Court appearances in Bosque County on December 14, 2015, Comanche County on December 15, 2015 and Hamilton County on December 17, 2015.

8.      Hamilton County Grand Jury December 17, 2015.

Wherefore, premises considered, the State respectfully requests that the Court grant this motion and accept the brief accompanying this motion.

Respectfully submitted,

    /s/s Shaun Carpenter
B. J. Shepherd
**District Attorney**
**State Bar No.  18219500**
Adam Sibley
**Assistant District Attorney**
**State Bar No.24066345**
Shaun Carpenter
**Assistant District Attorney**
**State Bar No.24084254**
220th Judicial District
P. O. Box 368
111 So. Main
Meridian, Texas 76665
(254) 435-2993
Fax: (254) 435-2952
*Attorneys for the State*

## CERTIFICATE OF SERVICE

A true copy of the State's Motion for Extension of Time to File Brief has been sent to Attorney for Appellant on December 18, 2015.

/s/ Shaun Carpenter
B.J. Shepherd
District Attorney
Adam Sibley
1st Assistant District Attorney
Shaun Carpenter
Assistant District Attorney

## CERTIFICATE OF COMPLIANCE WITH RULE 9.4

1. This motion complies with the type-volume limitation of Tex. R. App. P. 9.4(I) because the brief contains 662 words.

2. This motion complies with the typeface requirements of Tex. R. App. P. 9.4(e) and the type style requirements of Tex. R. App. P 9.4(e) because the motion has been prepared in a proportionally spaced typeface using Word Perfect in Times New Roman, size 14 font.

/s/s Shaun Carpenter
B.J. Shepherd / Adam Sibley/Shaun Carpenter
Attorneys for the State
Dated: December 18, 2015